UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| OSCAR RUBEN APAC, § § *Plaintiff*, § § v. § § EP-24-CV-00122-DCG § ASCARATE SHOPPING CENTER § PARTNERS, L.P., § § *Defendant*. § | |

## ORDER DISMISSING CASE

The parties to the above-captioned case "have reached a resolution of Plaintiff's claims" and therefore "request dismissal of all claims against Defendant in their entirety and with prejudice."[1]

Accordingly, the Court **DISMISSES** the above-captioned case **WITH PREJUDICE**. Each party shall bear its own attorney's fees and costs.

The Court **CLOSES** the case.

**So ORDERED and SIGNED this 5th day of August 2024.**

_____
DAVID C. GUADERRAMA
SENIOR U.S. DISTRICT JUDGE

---

[1] Joint Stipulation, ECF No. 16, at 1.